Commonwealth ex rel. Kurutz, Appellant, *v.*
Kurutz.

Argued April 10, 1973. *Anton W. Bigman,* for
appellant; *Joseph U. Esper,* for appellee.
Order affirmed.

Environmental Visioneering Corporation, Appellant, *v.* Transamerica Insurance Company.

Argued April 11, 1973. *William J.
Krzton,* for appellant; *Joseph W. Conway,* with him
*Balzarini, Walsh, Conway & Maurizi,* for appellee.
Appeal quashed.

Felix *v.* Colussi, Appellant.

Submitted April 12, 1973. *Timothy
P. O'Reilly,* for appellant; *David C. Clipper,* for appellee.
Order and judgment affirmed.